UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
D.H., *et al.,*

                        Plaintiffs,

      -against-

New York City Dep't of Education,

                       Defendant.
------------------------------------------------------------------X

**ORDER**

**21-CV-9453 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 11, 2022, the Parties filed a letter with the Court indicating that they have resolved the claims in this case. Dkt. No. 14. The conference currently scheduled for July 18, 2022 is adjourned. The Parties are directed to file a joint letter updating the Court on the status of settlement by **August 19, 2022**.

      SO ORDERED.

DATED:    New York, New York
               July 11, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge