UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.H., *et al.*,

                      Plaintiffs,

      -against-

NEW YORK CITY DEP'T OF EDUCATION,

                      Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9453 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 19, 2022, the Parties filed a joint letter updating the Court on the status of settlement. Dkt. No. 19. The Parties advised the Court that they would like additional time for settlement negotiations, and asked for a two-week extension of the summary judgment briefing schedule. The request is GRANTED. The briefing schedule is now as follows:

- Plaintiff's motion for summary judgment is due on **September 23, 2022**.
- Defendant's opposition is due on **October 21, 2022**.
- Plaintiff's reply is due on **November 4, 2022**.

SO ORDERED.

DATED:    New York, New York
               August 24, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge