UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
D.H., *et al.,*

                      Plaintiffs,

       -against-

NEW YORK CITY DEP'T OF EDUCATION,

                     Defendant.
-----------------------------------------------------------------X

**ORDER**

**21-CV-9453 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 22, 2023 another request was made for an extension of time for the Parties to file their settlement papers. Dkt. No. 37. In light of the continual extensions in this matter, an in-person conference is scheduled for **March 1, 2023** at **2:30 PM**. The Conference will take place in Courtroom 228, 40 Foley Square, New York, NY.

SO ORDERED.

DATED:    New York, New York
               February 23, 2023

*/s/ Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge