**CUDDY LAW FIRM, PLLC**
SPECIAL EDUCATION AND SPECIAL
NEEDS PLANNING ATTORNEYS

ANDREW CUDDY
MANAGING ATTORNEY

February 23, 2023

BENJAMIN KOPP
ASSOCIATE ATTORNEY
bkopp@cuddylawfirm.com
DIRECT DIAL 315-207-5584

Honorable Jennifer E. Willis
Thurgood Marshall United States Courthouse
40 Foley Square, Room 425
New York, New York 10007

Re:   D.H., individually and on behalf of M.H. v. New York City Dept. of Educ.,
        Index No. 21-cv-09453-ALC-JW

Dear Hon. Willis:

Plaintiff respectfully requests reconsideration of the "in-person" part of this afternoon's Order by the Court (ECF 38) for a conference. Plaintiff has been the party diligently following up and seeking Defendant's response in order to get the settlement finalized. However, the Order would cause the greater detriment to Plaintiff, whose counsel would be required to travel from their office in Auburn, New York to the Courthouse—a distance of about 250 miles, for which full time and expense is not typically compensated—whereas Defendant, on the other hand, would have essentially no problem having someone located next to the Courthouse.

At the same time, Plaintiff recognizes that the Court certainly has an interest to see the parties' counsel directly and look them in the eye, which cannot be accomplished by phone. Accordingly, Plaintiff would respectfully suggest a Microsoft Teams video conference, which other Courts in this District have previously ordered. *See, e.g., S.S. v. NYC DOE*, 1:20-cv-9394-VSB-JW, Doc. 21.

Thank you for your consideration of this matter.

Respectfully,
s/ Benjamin M. Kopp
Benjamin M. Kopp, Esq.

> In light of the short notice for this conference, the Court will grant the request and hold the conference over Microsoft Teams. However, any future conferences will be held in person. A video link will be circulated to the parties. The public dial-in is below:
>
> (646) 453-4442
> Conference ID: 672 160 483#
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> February 24, 2023